LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 796-4560
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ENEDINA PONCE, | No. CV 14 - 7834 GJS |
| Plaintiff, | [PROPOSED] ORDER AWARDING EAJA FEES |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner Of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of ONE THOUSAND FOUR HUNDRED SIXTY SEVEN DOLLARS AND 30/100 ($1,467.30) subject to the terms of the stipulation.

DATE: October 16, 2015    _____
                                        GAIL J. STANDISH
                                        UNITED STATES MAGISTRATE JUDGE